Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Matthew B. George (State Bar No. 239322)
mbg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Laura G. Ryan (State Bar No. 184363)
lryan@mccormackfirm.com
**THE MCCORMACK FIRM, LLC**
One International Place – 7th Floor
Boston, MA 02110
Telephone: (617) 951-2929
Facsimile: (617) 951-2672

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMMY T. CARRUTH and BEVERLY A. SCHLOSSER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JETDIRECT AVIATION, INC.,<br><br>Defendant. | CASE NO. 09-cv-01434-WHA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |

|   |   |
|---|---|
| 1 | Now come the parties and stipulate that the defendant, JetDirect Aviation, Inc., shall have an extension of time until May 14, 2009 to file any responsive pleadings in this matter. As reason for the extension, JetDirect has been winding down its businesses and did not have existing counsel available to represent it in this matter. JetDirect was only recently able to identify and retain counsel to represent it in this case. Under these circumstances, counsel for the plaintiff agreed to extend the time within which Jet Direct may file its responsive pleadings to May 14, 2009. |

DATED: May 5, 2009

**GIRARD GIBBS LLP**

By: *s/s* Matthew B. George

Eric H. Gibbs (State Bar No. 178658)
Dylan Hughes (State Bar No. 209113)
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

*Attorneys for Plaintiffs*

DATED: May 5, 2009

**THE MCCORMACK FIRM, LLC**

By: _____
    Laura G. Ryan (State Bar No. 184363)

One International Place – 7th Floor
Boston, MA 02110
Tel: (617) 951-2929
Fax: (617) 951-2672

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served upon all counsel of record at the addresses below, the foregoing Stipulation for Extension of Time to File Responsive Pleadings, via electronic delivery and first class U.S. mail:

>Eric H. Gibbs, Esq.
>Dylan Hughes, Esq.
>Matthew B. George, Esq.
>**Girard Gibbs, LLP**
>601 California Street – 14th Floor
>San Francisco, CA    94108
>
>Stuart J. Miller
>**Lankenau & Miller, LLP**
>132 Nassau Street – Suite 423
>New York, NY   10038
>
>*[Attorneys for the Plaintiffs]*

**DATED** this 5th day of May, 2009.

_____
Laura G. Ryan

1  Eric H. Gibbs (State Bar No. 178658)
2  ehg@girardgibbs.com
   Dylan Hughes (State Bar No. 209113)
3  dsh@girardgibbs.com
   Matthew B. George (State Bar No. 239322)
4  mbg@girardgibbs.com
5  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
6  San Francisco, CA 94108
   Telephone: (415) 981-4800
7  Facsimile: (415) 981-4846
8
   Laura G. Ryan (State Bar No. 184363)
9  lryan@mccormackfirm.com
   **THE MCCORMACK FIRM, LLC**
10 One International Place – 7th Floor
   Boston, MA 02110
11 Telephone: (617) 951-2929
12 Facsimile: (617) 951-2672

13

14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

16

17 TOMMY T. CARRUTH and BEVERLY A.           CASE NO. 09-cv-01434-WHA
   SCHLOSSER, on behalf of themselves and all
18 others similarly situated,
                                              **ORDER [PROPOSED]**
19         Plaintiffs,

20    vs.

21 JETDIRECT AVIATION, INC.,

22         Defendant.

23

24    Upon agreement of the parties, it is so Ordered that the defendant JetDirect Aviation, Inc. shall

25 have until on or before the date of May 14, 2009 to file any responsive pleadings in this matter.

26

27 Dated: May 6, 2009                         By: /s/ William Alsup
                                                  Judge William Alsup
28                                                UNITED STATES DISTRICT JUDGE

ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS 09-CV-01434-WHA